Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## In the Matter of Llewellyn DeWITT.

### No. 295 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 28, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of February, 1997, Llewellyn DeWitt having been disbarred from the practice of law in the District of Columbia by Order of the District of Columbia Court of Appeals dated October 3, 1996; the said Llewellyn DeWitt having been directed on January 3, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Llewellyn DeWitt is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## In the Matter of Jeffrey A. CONNELLY.

### No. 769 Disciplinary Docket No. 2—Supreme Court.

Supreme Court of Pennsylvania.

March 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of March, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 31, 1997, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.